THE PEOPLE OF THE STATE OF NEW YORK, Respondent, *v.* EUGENE PANNELL, Appellant.

Argued October 7, 1948; decided November 18, 1948.

*Harry G. Anderson* for appellant.

*Frank S. Hogan, District Attorney (Whitman Knapp* and *Edward T. Perry* of counsel), for respondent.

Judgment of conviction affirmed; no opinion.

Concur: LOUGHRAN, Ch. J., LEWIS, CONWAY, DESMOND, DYE and FULD, JJ.